**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Parathinia R Hoover<br><br>Debtor(s) | Case No. 11-29909 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/21/2011.

2) The plan was confirmed on 09/30/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/28/2013, 03/27/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/04/2016.

5) The case was completed on 08/11/2016.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $27,678.00.

10) Amount of unsecured claims discharged without payment: $82,858.90.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $20,282.50 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $20,282.50

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $828.25 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,328.25

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALL TEMP HEATING & COOLING | Unsecured | 608.00 | NA | NA | 0.00 | 0.00 |
| ALPINE CAPITAL INVESTMENT LLC | Unsecured | 1,636.84 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 1,033.92 | 1,033.92 | 126.13 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | 15,704.06 | 15,989.01 | 15,989.01 | 1,950.57 | 0.00 |
| AOL LONG DISTANCE | Unsecured | 37.98 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 2,478.68 | NA | NA | 0.00 | 0.00 |
| BIEHL & BIEHL | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,832.18 | NA | NA | 0.00 | 0.00 |
| CENTURION SERVICE CORP | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO TRIBUNE | Unsecured | 16.25 | NA | NA | 0.00 | 0.00 |
| CITY OF AURORA | Unsecured | 118.52 | NA | NA | 0.00 | 0.00 |
| CITY OF NAPERVILLE | Unsecured | 46.46 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 643.64 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 323.25 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 484.97 | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERVICES | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CROSSROADS COMMUNITY COUNSE | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| DANIEL T MAYER | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| DANIEL T MAYER | Unsecured | 0.00 | 554.74 | 554.74 | 67.68 | 0.00 |
| DAVID E GROCHOCINSKI ESQ | Unsecured | 7,500.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 404.32 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 1,352.01 | NA | NA | 0.00 | 0.00 |
| FARMERS INSURANCE | Unsecured | 95.60 | NA | NA | 0.00 | 0.00 |
| FIRST FINANCIAL BANK | Unsecured | 893.29 | NA | NA | 0.00 | 0.00 |
| FOX METRO WATER REC DISTRICT | Unsecured | 135.86 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| GARY M MOORE | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 715.32 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 653.76 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 876.97 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 697.35 | NA | NA | 0.00 | 0.00 |
| GEICO | Unsecured | 16.19 | NA | NA | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Secured | 11,000.00 | 10,846.15 | 10,846.15 | 10,846.15 | 975.61 |
| HONOR FINANCE | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 574.87 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 231.97 | 891.96 | 891.96 | 108.81 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 3,614.39 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 1,559.00 | NA | NA | 0.00 | 0.00 |
| KURT A WAGNER DDS LTD | Unsecured | 114.64 | NA | NA | 0.00 | 0.00 |
| LEADING EDGE RECOVERY SOLUTIC | Unsecured | 805.92 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,473.63 | 1,621.26 | 1,621.26 | 197.78 | 0.00 |
| MARQUETTE MGMT INC HIGH POINT | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| MEADOW LAKE DENTAL CARE | Unsecured | 388.40 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,035.36 | 1,057.36 | 1,057.36 | 128.99 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,139.80 | 1,236.54 | 1,236.54 | 150.85 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,111.37 | 1,120.97 | 1,120.97 | 136.75 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 821.52 | 851.92 | 851.92 | 103.93 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,752.59 | 1,739.14 | 1,739.14 | 212.16 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,284.21 | 1,316.21 | 1,316.21 | 160.57 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 412.92 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 783.20 | NA | NA | 0.00 | 0.00 |
| NESTLE WATERS NRTH AMERICA IN | Unsecured | 393.06 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 641.34 | 763.59 | 763.59 | 93.15 | 0.00 |
| PAYDAY LOAN STORE OF ILLINOIS | Unsecured | 2,463.15 | 3,556.20 | 3,556.20 | 433.84 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 550.54 | 550.54 | 550.54 | 67.16 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 819.95 | 790.95 | 790.95 | 96.49 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 289.74 | NA | NA | 0.00 | 0.00 |
| REAL PROPERTY MANAGMENT | Unsecured | 6,306.00 | NA | NA | 0.00 | 0.00 |
| RODALE BOOKS | Unsecured | 67.92 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 130.37 | 337.85 | 337.85 | 41.22 | 0.00 |
| STEPHAN LAW | Unsecured | 1,157.20 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 483.69 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL FIDELITY CORP | Unsecured | 102.43 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 3,820.50 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 730.55 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 577.95 | 462.36 | 462.36 | 56.41 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTERN DUPAGE OBSTETRICS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| WOW INTERNET & CABLE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,846.15 | $10,846.15 | $975.61 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,846.15** | **$10,846.15** | **$975.61** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$33,874.52** | **$4,132.49** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,328.25 |
| Disbursements to Creditors | $15,954.25 |
| **TOTAL DISBURSEMENTS** : | **$20,282.50** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/20/2016                         By: /s/ Glenn Stearns
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**